# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. GLR-21-126 |
| CRYSTAL JONES, | : |
| Defendant. | : |

## MOTION TO SEAL

Crystal Jones, by and through undersigned counsel, hereby moves to seal the Sentencing Letter and attachments filed in this case. Disclosure of the letter and attachments would reveal personal information that should not be publicly accessible.

WHEREFORE, Ms. Jones requests that the Letter and attachments be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
    for the District of Maryland

/s/
Courtney D. Francik
Assistant Federal Public Defender

/s/
Katherine Tang Newberger
First Assistant Federal Public Defender

Office of the Federal Public Defender
District of Maryland
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962