THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRYSTAL JONES,<br>    a/k/a "Crystal Powell-Jones,"<br><br>**Defendant** | CRIMINAL NO. GLR-21-126 |

## GOVERNMENT'S MOTION TO SEAL
### SENTENCING MEMORANDUM AND ATTACHED EXHIBIT

The United States of America, by undersigned counsel, respectfully submits this Motion to Seal the Government's Sentencing Memorandum and the Exhibit attached thereto. In support of this motion the Government states as follows:

1. The Opposition and Exhibit contain personal and confidential information about the defendant and the victims that would subject it to court-ordered sealing.

WHEREFORE, the United States of America, requests this Honorable Court seal the Government's Sentencing Memorandum and the Exhibit attached thereto.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____/s/_____
Dana J. Brusca
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      This is to certify that on this <u>16th</u> day of <u>July, 2021</u>, a copy of the foregoing Motion to Seal was sent via email and via ECF to counsel for the defendant, Courtney D. Francik, Esq., and all counsel of record.

                                               _____/s/_____
                                               Dana J. Brusca
                                             Assistant United States Attorney